OPINION — AG — WHILE THE COMMISSIONERS OF THE LAND OFFICE ARE REQUIRED TO RECORD RELEASES OF MORTGAGES UNDER PROVISIONS OF 46 O.S. 1977 Supp., 15 [46-15] AND 64 O.S. 1971 552 [64-552](I), THEY ARE NOT REQUIRED TO PAY A FILING FEE BY VIRTUE OF 64 O.S. 1971 153.1 [64-153.1] . THAT FEE SHALL, HOWEVER, BE PAYABLE BY THE MORTGAGOR. CITE: 46 O.S. 1977 Supp., 15 [46-15] 46 O.S. 1977 Supp., 16 [46-16], 64 O.S. 1971 52 [64-52] (DON McCOMBS JR)